IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CALLIE CHARLINE WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00745-O-BP |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 8, 2021, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* FCR, ECF No. 30. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings and Conclusions of the Magistrate Judge.

Accordingly, Plaintiff's Petition to Obtain Approval of a Fee for Representing a Social Security Claimant (ECF No. 27) is **GRANTED**, and Ronald D. Honig, Esq., is **AWARDED** attorney fees in the amount of $12,154.50 under 42 U.S.C. § 406(b). The Commissioner **SHALL CERTIFY** and **DISBURSE** this amount from Plaintiff's past-due benefits to Plaintiff's counsel, and Plaintiff's counsel **SHALL PROMPTLY RETURN** to Plaintiff the $5,620.05 attorney fee award previously entered under the Equal Access to Justice Act. *See* Order, ECF No. 26.

**SO ORDERED** on this **8th day** of **February 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE